*Stephen W. O'Leary, Alfred Jaffe, Jeremiah A. O'Leary* and *Albert P. Thill* for appellant.

*John J. Cunneen* for respondent.

Judgment, insofar as appealed from, affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

SAMUEL HERSH, Respondent, *v.* HELEN R. ROEDELS et al., Individually and as Trustees under the Will of MARY LARKIN, Deceased, et al., Appellants, et al., Defendants.

Argued January 13, 1954; decided February 25, 1954.

*William E. Lyons* and *Richard G. Brueckner* for appellants.

*Bernard Meyerson, Philip Levine* and *Gustave G. Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

GILBERT ADRIAN, Respondent, *v.* IRVING UNTERMAN et al., Appellants, et al., Defendants.

Argued January 12, 1954; decided February 25, 1954.